FILED

CAUSE NO: 2012-C-0096

2015 MAY 27 AM 9: 16

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
07/12/2016 11:30:07 AM
DEBRA AUTREY
Clerk

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COUNTY |
| | § | |
| VS. | § | COURT AT LAW |
| | § | |
| JEREMY HODGE | § | PANOLA COUNTY |

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes JEREMY HODGE, Defendant in the above styled and numbered cause, and

gives this written notice of appeal to the Court of Appeals of the State of Texas from the

judgment of conviction and sentence herein rendered against JEREMY HODGE.

Respectfully Submitted,

BY: _____

Kyle Dansby
Attorney at Law
P.O. Box 1914
Marshall, TX 75671
(903) 738-6162
(888) 410-1583 (fax)
kdansbylaw@gmail.com
SBN: 24059180

## CERTIFICATE OF SERVICE

I, Kyle Dansby, attorney for Jeremy Hodge, hereby certify that a true and correct copy of this Notice of Appeal was delivered to the Panola County Criminal District Attorney's Office, by hand delivery, on this the __27__ day of May, 2015

_____
Kyle Dansby
Attorney for JEREMY HODGE